IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:21-CR-504 |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| v. | ) | |
| | ) | **RESPONSE TO THE GOVERNMENT'S** |
| JEREMY DAVID ADAMS, | ) | **MOTION IN LIMINE NO. 2** |
| Defendant. | ) | |

Jeremy Adams, by and through counsel, submits this response to the government's Motion in Limine No. 2. (Doc. No. 150). The government moved this Court to prohibit two things: (1) Mr. Adams presenting his out-of-court exculpatory statements through witnesses or other means; and (2) the defense mentioning potential penalties. For the reasons that follow, Mr. Adams asks the Court to deny the government's motion in part.

As an initial matter, Mr. Adams does not contest the government's motion to the extent it seeks to prohibit testimony or argument mentioning potential penalties. Neither does Mr. Adams contest the motion to the extent it seeks to prohibit him from introducing his out-of-court exculpatory statements through other witnesses.

But the government's motion purports to prohibit Mr. Adams from presenting his out-of-court exculpatory statements through "other means," and this is the point Mr. Adams contests. Mr. Adams recognizes Sixth Circuit precedent prohibiting the introduction of his out-of-court exculpatory statements through the testimony of other witnesses. *United States v. Ford*, 761 F.3d 641, 651-52 (6th Cir. 2014). But this limitation applies to the testimony of other witnesses, not all other means. Mr. Adams retains his right to present a defense and therefore asks the Court to

deny the government's liminal motion to the extent it seeks to prohibit him from offering a defense by other means.

                                                  Respectfully submitted,
                                                  Stephen Newman
                                                  Federal Public Defender
                                                  Ohio Bar: 0051928

                                                  */s/ Claire R. Cahoon*
                                                  Claire R. Cahoon (OH Bar No. 0082335)
                                                  Assistant Federal Public Defender
                                                  Krysten E. Beech (OH Bar No. 0094020)
                                                  Research and Writing Attorney
                                                  Office of the Federal Public Defender
                                                  617 Adams Street, 2nd Floor
                                                  Toledo, Ohio 43604
                                                  Phone: 419-259-7370
                                                  Fax: 419-259-7375
                                                  claire_cahoon@fd.org
                                                  krysten_beech@fd.org