UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                             Case No. 3:21-cr-504

                Plaintiff,

      v.                                                           ORDER

Jeremy David Adams,

                Defendant.

     In accordance with the parties' agreement during the November 29, 2023 Pretrial Conference, I order that Defendant Jeremy David Adams have no contact in any form or fashion with Kathryn Beddingfield and the alleged victim in this case until further Order of this court. This prohibition includes, but is not limited to: in-person visits, any physical or electronic mail to or from these individuals, any phone or video call to or from these individuals, any instant messaging communication to or from these individuals, and any social media interaction with these individuals.

     So Ordered.

                                                                 s/ Jeffrey J. Helmick
                                                                 United States District Judge